1  GOLDSMITH & HULL/File #97710 and 97714
   A Professional Corporation
2  Scott M. Gitlen   (94596)
   16000 Ventura Blvd., Suite 900
3  Encino, CA 91436-2760
   Tel.: (818) 990-6600
4  Fax: (818) 990-6140

5  Attorneys for Plaintiff

FILED
CLERK, U.S DISTRICT COURT
APR 6 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. ACV04-09616 |
| Plaintiff, | |
| v. | DEFAULT JUDGMENT |
| PATRICIA SHELDON AKA PATRICIA M. SHELDON, | |
| Defendant. | |

In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) PATRICIA SHELDON AKA PATRICIA M. SHELDON, on 4-6-05 for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of F.R.Civ. P. 55(b),

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s) PATRICIA SHELDON AKA PATRICIA M. SHELDON, the principal amount of $2,581.68, $2,103.02 accrued interest to March 23, 2005, for claim number one; the principal amount of $1,159.29, $1,076.97 accrued interest to March 23, 2005, for claim number two; penalties/administrative charges in the amount of $0.00 for claim number one; penalties/administrative charges in the amount of $0.00 for claim number two; cost of $180.50 plus attorney fees in the amount of

✓ Docketed
__ Copies / NTC Sent
✓ JS - 5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD

DOCKETED ON CM
APR - 6 2005
BY _____ 004

1 | $574.09, less credits of $4,000.00., for a total of $3,675.55 plus interest from March
2 | 23, 2005, at the rate of $0.57 per day for claim number one; $0.30 per day for claim
3 | number two, to date of entry of judgment. Judgment to accrue interest at the legal rate
4 | until paid.

6 | DATE: 4-6-05

SHERRI R. CARTER, CLERK OF THE COURT
U.S. District Court Central District of California

BY: _____
DEPUTY CLERK SHARON HALL-BROWN